IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

  vs.                                        CIVIL NO. 08-791 BB/LFG
                                              CRIM. NO. 03-2141 BB

ANGEL O. MARTINEZ,

    Defendant-Movant.

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS**
**AND RECOMMENDED DISPOSITION**
**AND DISMISSING ACTION WITH PREJUDICE**

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed October 2, 2008. Defendant-Movant has not filed objections and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the Motion to Vacate, Set Aside or Correct Sentence is denied and this case is hereby dismissed with prejudice.

                                                                    _____
                                                                      UNITED STATES DISTRICT JUDGE